# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WILLIAM S. JENKINS, | : | |
|---|---|---|
| Petitioner | : | |
| | : | No. 1:19-cv-1013 |
| v. | : | |
| | : | (Judge Rambo) |
| ERIC TICE, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 14th day of November 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 15) is **DISMISSED** as time-barred by the statute of limitations;

2. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

S/SYLVIA H. RAMBO
United States District Judge